# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMAD RUSHDIE-AHMED, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al., | : | NO. 22-5030 |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, this 15th day of May, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 21), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**