**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                          |   |                  |
|------------------------------------------|---|------------------|
| EMAD RUSHDIE-AHMED,                      | : | CIVIL ACTION     |
|   Plaintiff,                   | : |                  |
|                                          | : | No. 22-cv-5030   |
|     v.               | : |                  |
|                                          | : |                  |
| THE TRUSTEES OF THE UNIVERSITY           | : |                  |
| OF PENNSYLVANIA, et. al.,                |   |                  |
|   Defendants.                  |   |                  |

## ORDER

AND NOW, this 16th day of June, 2025, in clarification of the Court's June 9, 2025

Order, it is hereby **ORDERED** that Plaintiff's counsel, Mr. Seth D. Carson, **SHALL** provide the

Court with an update on the status of his disciplinary proceedings within forty-eight (48) hours

of the entry of the Board of Judges' decision in his disciplinary proceedings.

    **IT IS SO ORDERED**.

                         BY THE COURT:

                         /s/ John Milton Younge
                         **Judge John Milton Younge**